# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Aldrich_____ ___Sarah_____ ___M_____
                        Last Name                        First                        Middle

HOME ADDRESS ___89 County Rt 1A_____
                        ___Warwick___ ___NY___ ___10990___
                              City              State              Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Allen_____Kia_____Britany- Janay___
                      Last Name                              First                                      Middle

HOME ADDRESS ____870 longwood ave apt. 5C_____

                      _____Bronx_____NY_____10459_____
                              City                    State                    Zip Code

SIGNATURE _____[DocuSigned signature]_____
                      F8ECCC538FD846F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Anderson         Rodrick         Nicholas

              Last Name            First            Middle

HOME ADDRESS     22606 Mentone Avenue

                Laurelton       NY       11413

                 City         State        Zip Code

SIGNATURE

DocuSigned by:

652C91D7ABD341B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Archer             Tawana                A

                Last Name               First              Middle

HOME ADDRESS     195-14 122nd Avenue

               Springfield Gardens Ny           11413

                 City            State          Zip Code

SIGNATURE

DocuSigned by:
Tawana Archer
C0ECA44354414B0...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Arroyo_____Keocher_____Shante_____
        Last Name                    First                        Middle

HOME ADDRESS ____15058 116rd_____

        ____Jamaica_____NY_____11434_____
              City            State        Zip Code

SIGNATURE _____

A7F2E19C622D4FE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Auguste _____ Wiss _____ None _____

                Last Name             First           Middle

HOME ADDRESS _____ 2307 Beaumont Ave C2 _____

            Bronx       NY       10458

            City       State     Zip Code

SIGNATURE

DocuSigned by:

0536B1BD5376416...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____

| Awad | Airris | A |
|------|--------|---|
| Last Name | First | Middle |

HOME ADDRESS    3030 Emmons Avenue #5V
_____

| Brooklyn | NY | 11235 |
|----------|-----|-------|
| City | State | Zip Code |

SIGNATURE

DocuSigned by:

*Airris Awad*

4E658E86BE144CF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Aya _____ Shara Joy _____ R _____
                     Last Name                    First                              Middle

HOME ADDRESS _____ 209 N Burgher Ave _____

_____ Staten island _____ Ny _____ 10310 _____
               City                State              Zip Code

SIGNATURE

DocuSigned by:

997D50EE4831480...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Baker_____Juliann_____M_____
              Last Name                    First                      Middle

HOME ADDRESS ____51 Claypit Rd_____

_____Staten Island_____NY_____10309_____
              City              State          Zip Code

SIGNATURE _____
          DE00C4CE1E2A4D0...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Baptiste         Adrian         Leary
           Last Name         First         Middle

HOME ADDRESS    2566 7th Avenue, APT 2A

           New York      NY      10039
           City      State      Zip Code

SIGNATURE    DocuSigned by:
           997CE96D026F446...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Barreto JR_____Juan_____
             Last Name            First                Middle

HOME ADDRESS __782 East 161 St_____

               Bronx_____NY_____10456_____
                City         State      Zip Code

SIGNATURE __Juan Barreto JR._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Baselice        Ralph        J
            Last Name           First           Middle

HOME ADDRESS    68 31 Myrtle Ave

            Glendale      NY      11385
            City        State       Zip Code

SIGNATURE    DocuSigned by:

         BF17S7FB9C8F403...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME       Bey           Tuquana           Naima

           Last Name           First           Middle

HOME ADDRESS       134-29 166th place   apt 12D

           Jamaica           Ny           11434

           City           State           Zip Code

SIGNATURE        DocuSigned by:

           *Bey*

           6442A9572AFE449...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Brown_____Chatory_____LaRae_____
              Last Name                        First                      Middle

HOME ADDRESS ___720 Lenox Avenue #2L_____

              ___New York_____NY_____10039_____
                    City              State           Zip Code

SIGNATURE _chatory brown_____
           DocuSigned by:
           35BD32C362C847F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Burke_____Michael_____Christopher___
               Last Name                            First                                    Middle

HOME ADDRESS ___211 – 17    34 Avenue_____

___Bayside___NY_____11361_____
            City              State                Zip Code

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___LUIS___ ___CABEZAS___ ___LUIS___ ___JOSE___
               Last Name             First             Middle

HOME ADDRESS ___876 Midland Ave Apt. #2B___
           ___Yonkers, NY 10704___
              City      State      Zip Code

SIGNATURE ___Luis J. Cabezas___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Caffrey                    Keith                         D
            Last Name                  First                        Middle

HOME ADDRESS      137-14 68 drive

            Flushing          Ny              11367
            City              State           Zip Code

SIGNATURE      _DocuSigned by:_
                [signature]
                0C3AA47FF9F0423...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Canino _____ Darlene _____ B _____
             Last Name            First            Middle

HOME ADDRESS _____ 70-12 34th Avenue Apt.1A _____

             Jackson        Heights      11372
             City           State        Zip Code

SIGNATURE _____
DocuSigned by:
[signature]
9A58F5EFCA34432...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Carr _____ Edward _____ J _____
                Last Name                    First                        Middle

HOME ADDRESS _____ 2912 Brighton 7th St _____

_____ Brooklyn _____ Ny _____ 11235 _____
              City              State            Zip Code

SIGNATURE ___[DocuSigned by signature]___
                F592064EA4C7443...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Carter          Daniel          D

           Last Name          First          Middle

HOME ADDRESS    130 - 36 Van Wyck Expressway

           South Ozone Park    NY       11420

           City          State       Zip Code

SIGNATURE

DocuSigned by:

43EA7C3FDDA24DF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Carter Jr._____James_____N/A_____
                  Last Name                  First                 Middle

HOME ADDRESS _____137 clay pit road_____

                 Staten Island     New York     10309_____
                    City            State          Zip Code

SIGNATURE _____ _____

DocuSigned by:
AA094B7D524E485...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Casis _____ Sally _____ Yolanda _____
                Last Name              First                Middle

HOME ADDRESS ____ 409 E 120th St apt 6M _____

_____ New York ____ NY _____ 10035 _____
                City          State        Zip Code

SIGNATURE ____ *Sally Casis* _____
              DocuSigned by:
              B6EE3DCB77CA470...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   CEPHUS                    TASHAWNIA
             Last Name                    First                                    Middle

HOME ADDRESS  1401  JESUP  Ave , 2M

      BRONX        NY.        10452
         City                State            Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Cimorelli           Craig           N/A
              Last Name           First           Middle

HOME ADDRESS     84 Marisa Circle

              Staten Island      NY      10309
              City         State       Zip Code

SIGNATURE     DocuSigned by:
              Craig Cimorelli
              C8A661958324480...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Cooper_____Karl_____O._____
                   Last Name                          First                              Middle

HOME ADDRESS ___340 West 28th Street, 16E_____

                   _____New York_____NY_____10001_____
                              City                    State                  Zip Code

SIGNATURE _____[DocuSigned by signature]_____
                   FE8E6F3F91994EC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Cruz_____Carlos_____Manuel_____
                Last Name                        First                     Middle

HOME ADDRESS ___1704 Seddon St    Apt #23_____

                   Bronx_____NY_____10461_____
                     City           State          Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Davis _____ Malik _____ Antonio Lefleur _____
                    Last Name                First                        Middle

HOME ADDRESS _____ 137 W Farrell Ave. apt. B8 _____

            _____ Ewing _____ Nj _____ 08618 _____
                    City                State              Zip Code

SIGNATURE _____ _____

DocuSigned by:
10A588D510444BD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ De La Cruz _____ Kevin _____ Noel _____
|               Last Name                    First                          Middle

HOME ADDRESS _____ 416 Screvin Avenue _____

____ Bronx _____ NY _____ 10473 _____
|          City              State           Zip Code

SIGNATURE
DocuSigned by:

A564F88AA5D04C3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     DeLosSantos        Mariano        Ernesto

              Last Name           First          Middle

HOME ADDRESS     112 Station Rd

              Mountainville     NY       10953

              City        State       Zip Code

SIGNATURE    
DocuSigned by:
9F9165E87E98407...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ dejesus _____ john _____ brandon _____
                    Last Name                    First                    Middle

HOME ADDRESS _____ 39 lott lane _____

_____ staten island _____ NY _____ 10314 _____
                    City                    State                    Zip Code

SIGNATURE

DocuSigned by:

JOHN & DEJESUS

A9AE537C368348F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
             DiNardo             Nicole             A
             Last Name             First             Middle

HOME ADDRESS _____ 194 Engert Ave _____

             Brooklyn        NY        11222
             City        State        Zip Code

SIGNATURE _____ *Nicole DiNardo* _____
        DocuSigned by:
        4E69CC8B03A2450...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Dixon              Demark              NA

               Last Name               First              Middle

HOME ADDRESS      273 E 239th street

               Bx          Ny          10470

               City          State          Zip Code

SIGNATURE

DocuSigned by:

9195A7AD76AF442...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     dobkowski          john          j
               Last Name          First          Middle

HOME ADDRESS     60-60 Catalpa Avenue

               Ridgewood     NY         11385
               City         State        Zip Code

SIGNATURE     DocuSigned by:
           *John Dobkowski*
           D9F3A210E2D84EE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Edgerson          Kenneth          Dwayne
               Last Name           First           Middle

HOME ADDRESS     201 linden Blvd apartment A6

               Brooklyn          NY          11226
               City          State          Zip Code

SIGNATURE     *DocuSigned by:*
               *Kenneth*
               8FA78A50D3854D1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Ellison _____ John _____ Walter _____
                   Last Name               First               Middle

HOME ADDRESS _____ PO BOX 650508 _____

_____ Freshmeadows ____ NY _____ 11365 _____
              City         State       Zip Code

SIGNATURE _____

DocuSigned by:
7D19F2ED6F91464...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Ervin_____Sylvester_____Nate_____
                    Last Name                              First                                    Middle

HOME ADDRESS _____521 bradford street_____

                    _____Brooklyn_____Ny_____11207_____
                              City                    State              Zip Code

SIGNATURE _____[DocuSigned by signature]_____  _____
                    E664B76211CB491...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     FAN                          KEITH                          N/A
            Last Name                    First                        Middle

HOME ADDRESS     69-10 218th Street

            Oakland Gardens     NY          11364
            City              State       Zip Code

SIGNATURE

DocuSigned by:
9FA3729DCE2F434...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Farrell          Winston          Dw

            Last Name          First          Middle

HOME ADDRESS    32 Egbert place

            Staten Island      New York      10305

            City          State          Zip Code

SIGNATURE    DocuSigned by:

            0A272AFB02A4493...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Feliciano-Evelyn___ ___Kevin___ _____
  Last Name          First                  Middle

HOME ADDRESS ___2695   Briggs   Ave   apt. F 3___

___Bronx___ ___NY___ ___10454___
  City        State      Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Fisher          Earl          N.
              Last Name           First          Middle

HOME ADDRESS   4140 Carpenter Ave SC

          Bronx       N.Y.       10466
           City         State      Zip Code

SIGNATURE   Earl N. Fisher

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  FREDERICKSON                    ZECHARIAH                    TIMOTHY
             Last Name                         First                              Middle

HOME ADDRESS  4 FRANKFORD STREET

             HAWTHORNE      NY          10532
              City              State          Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Garcia            Kern            Michael

              Last Name            First            Middle

HOME ADDRESS     188-20 Keeseville ave

             St. Albans            Ny            11412

             City            State            Zip Code

SIGNATURE    
DocuSigned by:
*Kern Garcia*
787ED091D04D4B1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___ Gavilanes _____ Azis _____
　　　　　Last Name　　　　　　　First　　　　　　　　　　　Middle

HOME ADDRESS ___ 84-28 107th St. _____

___ Richmond Hill ___ N.y. ___ 11418 ___
　　　　City　　　　　State　　　　Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Gol _____ Rashell _____ De Jesus _____
              Last Name            First            Middle

HOME ADDRESS _____ 494 E167thst _____ Apt 4C _____
                 Bronx     NY     10456
                 City      State    Zip Code

SIGNATURE _____ Rashell _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Gitel            Daniel            E
           Last Name            First            Middle

HOME ADDRESS      3105 Ave V #1B

           Brooklyn      NY      11229
           City      State      Zip Code

SIGNATURE      DocuSigned by:
           6DF733B39E484C3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____
            Gomez                       Joshua                      Joseph
            Last Name                   First                Middle

HOME ADDRESS ____2965 E. 196th St. Apt. #2A_____

            Bronx         NY        10461
            City           State        Zip Code

SIGNATURE _____

DocuSigned by:
DA38FC56DB254DC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an **action against** the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Gonzalez _____ Rafael _____ Angel _____
            Last Name            First            Middle

HOME ADDRESS _____ 9213 GlenWood Road _____
            _____ Brooklyn _____ N.Y. _____ 11236 _____
                  City         State       Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Gordon _____ David _____ A _____
                    Last Name                First                    Middle

HOME ADDRESS _____ 2956 kingsland ave _____

_____ Bronx _____ NY _____ 10469 _____
            City          State        Zip Code

SIGNATURE ___[DocuSigned by signature]___ _____
            73101171A7B94B1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  ___Grant_____Dornell_____Trevor_____
       Last Name                        First                          Middle

HOME ADDRESS  ___50 Seymour Ave_____

       ___Staten Island_____NY_____10302_____
            City              State          Zip Code

SIGNATURE  

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Gray_____Rosaline_____Letody_____
                     Last Name                         First                              Middle

HOME ADDRESS _____111523 210th street_____

                   Cambria heights        Queens ny       11411
                        City                  State          Zip Code

SIGNATURE _____[signature]_____
                   DocuSigned by:
                   FD75FB454284484...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Handras        Charles        Peter
            Last Name          First          Middle

HOME ADDRESS    4109 21st Avenue

            Astoria        NY        11105
            City        State        Zip Code

SIGNATURE    DocuSigned by:

            D96F612E9828480...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Jermaine _____ Harrison _____ Lascelles _____
Last Name           First           Middle

HOME ADDRESS ___ 2043 Seagirt Blvd #5D _____

___ Far Rockaway ___ Ny ___ 11691 _____
City           State           Zip Code

SIGNATURE
DocuSigned by:

5D2CFF7C919B47C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Hendricks      Samuel      A

                Last Name             First             Middle

HOME ADDRESS    235 E 93RD ST

                Brooklyn       NY       11212

                City          State        Zip Code

SIGNATURE

DocuSigned by:

*Samuel Hendricks*

31ADBD3121A34C7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Herman                    Travis                              A
           Last Name              First                           Middle

HOME ADDRESS    1018 east 85th street

                 Brooklyn        Ny            11236
                 City           State         Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME      Hernandez                Angel                        Fernando
          Last Name                First                        Middle

HOME ADDRESS      1874 Loring Pl S Apt 2B

          Bronx          NY          10453
          City          State      Zip Code

SIGNATURE
          _DocuSigned by:_
          Angel Hernandez
          A4999D5FD2974FC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Hernandez        Iris        D
               Last Name         First         Middle

HOME ADDRESS     19441 Murdock Ave

               Saint Albans       New York       11412
                 City         State        Zip Code

SIGNATURE       
DocuSigned by:
0A27EB992C634CB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Herrera        Karen        A

              Last Name            First            Middle

HOME ADDRESS    41 De Sales Pl, Unit 2

             Brooklyn       NY       11207

              City        State       Zip Code

SIGNATURE    *Karen Her*    DocuSigned by: A0F15FDE26494AF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Heyward _____ Tyrone _____ Asbury _____
                       Last Name                 First               Middle

HOME ADDRESS _____ 206 Daniel low terrace _____

                Staten Island     N.Y.       10301
                  City        State      Zip Code

SIGNATURE ____[DocuSigned by signature] F9F392060A104B2..._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Hill        Shaun        Aubrey
            Last Name        First        Middle

HOME ADDRESS     6733 224th street

            Oakland Gardens     Ny        11364
                City        State        Zip Code

SIGNATURE    
DocuSigned by:
S. Hill
00C7608BDD1A48E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Ira _____ Alyson _____ Emily _____
                  Last Name          First              Middle

HOME ADDRESS ____ 1661 ____ Golden Ave ____ Apt 3 _____
                  Bronx          NY          10462
                  City          State       Zip Code

SIGNATURE ____ Ava _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Jarrett          Denese          A

          Last Name            First           Middle

HOME ADDRESS    7 Jayne Place

          Baldwin       NY       11510

          City        State       Zip Code

SIGNATURE    DocuSigned by:

          DBA355602336431...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Johnson        Elena        Lori
               Last Name          First          Middle

HOME ADDRESS     10801 liberty ave

            Richmond Hill     Ny        11419
               City        State       Zip Code

SIGNATURE

DocuSigned by:

3DB3D5C27006473...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Jolly _____ Romel _____ Abellard _____
                 Last Name                      First                        Middle

HOME ADDRESS _____ 23 Winston rd _____

_____ Centereach _____ Ny _____ 11720 _____
            City              State          Zip Code

SIGNATURE
DocuSigned by:

C729A82725174DF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Jones          LaShawn          M

               Last Name          First          Middle

HOME ADDRESS    420 West 42nd st 6D

               New York      NY      10036

               City          State          Zip Code

SIGNATURE    DocuSigned by: [signature] 57F056DD85D7474...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Joseph        Celia        H
            Last Name        First        Middle

HOME ADDRESS    1462 East 89th Street

       Brooklyn        NY        11236
            City        State        Zip Code

SIGNATURE    DocuSigned by:
          EAD4CDBDA184496...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____JOSEPH_____Jean Baptiste_____N/A_____

Last Name                         First                              Middle

HOME ADDRESS _____2819 Tilden avenue_____

Brooklyn          NY          11226

City               State          Zip Code

SIGNATURE _____  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Kelly _____ Aliah _____ J _____
                        Last Name                         First                                  Middle

HOME ADDRESS _____ 710 Glenmore Ave  apt 2 _____

_____ Brooklyn _____ Ny _____ 11208 _____
                          City                      State               Zip Code

SIGNATURE _____ [DocuSigned by signature]
                   56D2938FBD63447...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Kinley            Gregory            Stanley
               Last Name            First            Middle

HOME ADDRESS     1141 East 101st street

               Brooklyn       NY       11236
               City          State          Zip Code

SIGNATURE

DocuSigned by:
AF5E54125A2F43E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Krishnadat _____ Reshma _____ N/A _____
                  Last Name                         First                              Middle

HOME ADDRESS _____ 119 31 146th street _____

_____ Jamaica _____ NY _____ 11436 _____
           City                    State                Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____

| Krishnadat | Tangallie | N/A |
|---|---|---|
| Last Name | First | Middle |

HOME ADDRESS ___119-31 146th Street_____

| Jamaica | NY | 11436 |
|---|---|---|
| City | State | Zip Code |

SIGNATURE

*DocuSigned by:*
*Tangallie Krishnadat*
1019D5C203264C6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Lawrence        Sandra        Melina
                 Last Name            First            Middle

HOME ADDRESS     792 pine Street

                 Brooklyn       NY       11208
                 City         State       Zip Code

SIGNATURE     DocuSigned by:
                 B40A5000582248F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Legoute        Jonathan        Carel
                Last Name           First          Middle

HOME ADDRESS     349 E 19th St Apt 6E

                 Brooklyn        NY        11226
                   City        State        Zip Code

SIGNATURE     *DocuSigned by:*
             *J. Legoute*
             94787AA667DE4B9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___*Lewis*_____*David*_____

            Last Name                 First                            Middle

HOME ADDRESS _____*898 Union Street*_____*Apt 1A*_____

                   *Bklyn*_____*NY*_____*11215*_____

                   City           State         Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Lilley            Jayme            Necole

             Last Name            First            Middle

HOME ADDRESS     140 Benchley pl 18f

             Bronx          Ny          10475

             City          State          Zip Code

SIGNATURE     DocuSigned by:     [signature]

             2BA946014D1F4AB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Lorenzo                    Imerka                        Joanna
_____
            Last Name                    First                        Middle

HOME ADDRESS    130 third avenue Apt 8F
_____

            Brooklyn            Ny                11217
_____
            City                State            Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Louis            Clifford            Ray

            Last Name            First            Middle

HOME ADDRESS    60 west 104th street

            Manhattan      Ny      10025

            City        State        Zip Code

SIGNATURE   
DocuSigned by:
7EBFFE43C7D54EE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
        Malachi                    Latoya                    Shamique
        Last Name                  First                     Middle

HOME ADDRESS _____
                1260 Croton Loop apt 2G

        _____
        Brooklyn          NY              11239
        City              State           Zip Code

SIGNATURE _____          _____
          DocuSigned by:
          L. Malachi
          C0668DB5824D484...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  ___Mallon_____John_____Donovan_____
               Last Name                            First                                          Middle

HOME ADDRESS  ___75 First Avenue_____

               ___Bayville_____New York_____11709_____
                      City                    State                  Zip Code

SIGNATURE  ___[DocuSigned by signature] 756601189769469..._____

**CONSENT TO SUE**

## REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     MARRERO                    OSCAR                    J
         Last Name                  First                    Middle

HOME ADDRESS    834 E. 161 Street    APT 4A

         Bronx         NY         10459
         City          State      Zip Code

SIGNATURE   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Martinez               Jonathan                         S.
                         Last Name                   First                         Middle

HOME ADDRESS     500 West 159th St. #1A

                   NY                NY               10032
                   City               State             Zip Code

SIGNATURE     DocuSigned by:
                  1E59F54C1C5C443...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME __McCollough_____ Beth_____ N/A_____
                Last Name                          First                          Middle

HOME ADDRESS __149-30 88th st. Apt. 1bc_____

                __Howard Beach____ NY_____ 11414_____
                        City              State          Zip Code

SIGNATURE
DocuSigned by:
*Beth McCullen*
389C56D663AD4D3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Mercado           Nancy

            Last Name             First             Middle

HOME ADDRESS    359 59 street

            Brooklyn     Ny       11220

            City        State       Zip Code

SIGNATURE

DocuSigned by:

CB24EB64FBA04EB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Mezon_____Jessica_____Miguelina_____
           Last Name                    First                              Middle

HOME ADDRESS _____786 E. 182nd St. Apt 2H_____

                 ____Bronx_____NY_____10460_____
                      City              State          Zip Code

SIGNATURE
DocuSigned by:
*[signature]*
21C433965B914CB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Montero-Roman_____David_____Alexander_____
             Last Name                First            Middle

HOME ADDRESS _____27 McBride Ave_____

         White Plains    NY     10603
           City        State    Zip Code

SIGNATURE _____DocuSigned by: [signature] A3EB6E779F0D49E..._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Mozie _____ Osita Joseph _____ J _____
　　　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　Middle

HOME ADDRESS ____ 140 Erdman Place _____

_____ Bronx _____ NY _____ 10475 _____
　　　　　　City　　　　State　　　　Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Murdaugh_____Darrel_____L_____
                    Last Name                        First                              Middle

HOME ADDRESS _____190-07 Williamson ave_____

_____Queens_____Ny_____11413_____
                    City                    State            Zip Code

SIGNATURE  _[DocuSigned by signature]_  _____
                    64D3D7F699574E8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

*I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.*

NAME NEWMAN                    Kerry-Ann                    Alicia
         Last Name                        First                            Middle

HOME ADDRESS 104 W 129th Street APT 4

NY               NY               10027
City            State           Zip Code

SIGNATURE K. Newman

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Obas _____ Claudeny _____ NA _____
              Last Name                      First                        Middle

HOME ADDRESS _____ 301 w 130 st apt# 1F _____

_____ New York _____ NY _____ 10027 _____
                  City              State          Zip Code

SIGNATURE
DocuSigned by:
478AE965F912428...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___O'Keeffe_____Matthew_____P._____

              Last Name                   First                   Middle

HOME ADDRESS ___124 Greene Avenue_____

           ___Amityville___N.Y.___11701_____

               City       State      Zip Code

SIGNATURE ___Matthew P. O'Keeffe_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Oro        Joseph        N/A

               Last Name           First           Middle

HOME ADDRESS     245-60 61 ave

               Douglaston     Ny     11362

               City          State         Zip Code

SIGNATURE

DocuSigned by:

1C626339389C4CC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Pagan           Andres           Ruben

            Last Name          First          Middle

HOME ADDRESS    31 Leonard Street apt 7s

            Brooklyn          Ny          11216

            City          State          Zip Code

SIGNATURE

DocuSigned by:
2867ED223C514EF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Perez _____ Abraham _____ N/A _____
              Last Name                    First                    Middle

HOME ADDRESS _____ 40 Varet St. Apt:506 _____

              _____ Brooklyn _____ NY _____ 11206 _____
                     City            State        Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Perovic_____Naile_____Np_____
　　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　　Middle

HOME ADDRESS ___615 Ingram ave_____

　　　　　　___Staten Island_____New York_____10314_____
　　　　　　　　　City　　　　　　State　　　　　　Zip Code

SIGNATURE ___[DocuSigned by: signature] 628025BC8A4C411..._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Peterson       Kashmir       T

           Last Name         First         Middle

HOME ADDRESS    1750 Davidson Ave

       Bronx       NY       10453

         City        State       Zip Code

SIGNATURE    DocuSigned by:

        Kashmir Peterson

        7A89A332981948E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Phillips        Tiffani        E
              Last Name          First          Middle

HOME ADDRESS    23 Winston Rd

              Centereach      Ny       11720
               City        State      Zip Code

SIGNATURE    DocuSigned by:
           04BC31DC37354D3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Thomas         Pomposello        A
             Last Name              First              Middle

HOME ADDRESS    8139 268st

               Floral Park      NY        11004
                 City         State       Zip Code

SIGNATURE    DocuSigned by:

              8EC5221BD7C2496...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Probst _____ Annette _____ Nmn _____
　　　　　　　　Last Name　　　　　　　　　　First　　　　　　　　　　Middle

HOME ADDRESS ___ 71-21 67 Street _____

　　　　　　　　Glendale　　　　　Ny　　　　　11385
　　　　　　　　City　　　　　　State　　　　Zip Code

SIGNATURE
DocuSigned by:
*Annette Probst*
73C5DBBF2C3A454...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Puello _____ Raymond _____ N/A _____
                   Last Name                   First                       Middle

HOME ADDRESS _____ 1409 Wood Road Apt#2c _____

_____ Bronx _____ NY _____ 10462 _____
               City               State               Zip Code

SIGNATURE _____ [DocuSigned by signature] 8504DFECFF8A4DB... _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____
Radoncic                        Emina                           N/A
      Last Name                     First                          Middle

HOME ADDRESS _____
194-25B 64th Ave Apt 3B

_____
Fresh Meadows          NY                11365
      City              State            Zip Code

SIGNATURE _____
DocuSigned by:
E9266073E76E494...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME        Ray Jr                    Joseph                        Edward
            Last Name                 First                         Middle

HOME ADDRESS        169-18 110 Avenue

            Jamaica          New York          11433
            City             State             Zip Code

SIGNATURE
            DocuSigned by:
            Joseph Ray Jr
            FACE86085017467...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Reynolds_____Tyrique_____Alexander_____
                        Last Name                              First                              Middle

HOME ADDRESS _____199 village avenue_____

_____Elmont_____NY_____11003_____
                        City                        State                Zip Code

SIGNATURE
DocuSigned by:
D85A71763857410...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Reynoso_____Julio_____Cesar_____
           Last Name                    First                          Middle

HOME ADDRESS ___3424 DeKalb Ave APT 1C_____

           ___Bx_____NY_____10467_____
              City              State            Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____
              Rivas                      Amanda                     Joan
              Last Name                     First                     Middle

HOME ADDRESS _____
        371 Watchogue Rd.

        Staten Island       NY         10314
           City           State          Zip Code

SIGNATURE
DocuSigned by:
*Amanda Rivas*
AFF3FA71053F4E2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Rivera_____Sergio_____N/A_____
                    Last Name                        First                              Middle

HOME ADDRESS ___102 E 103rd Apt 2_____

_____New York_____NY_____10029_____
                    City                    State              Zip Code

SIGNATURE
DocuSigned by:
_____
B1CCCF98F16D46C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME        Roman                    Angel                         Christian
_____
            Last Name                First                         Middle

HOME ADDRESS    221 Edison Street
_____

            Staten Island      NY            10306
_____
            City             State         Zip Code

SIGNATURE
DocuSigned by:
CB29792DE2CB423...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Ross         Shrema         M

             Last Name         First         Middle

HOME ADDRESS    14 weather vane way

             Middletown      Ny      10940

             City         State         Zip Code

SIGNATURE    DocuSigned by:

             419D999421D145D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    SAINTE  JR        ROC                   .
                    Last Name             First               Middle

HOME ADDRESS    115-03 226th Street

                 Cambria Heights     NY        11411
                     City         State       Zip Code

SIGNATURE    *ROC SAINTE JR*
             DocuSigned by:
             BAA6A6B7160E4F4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Samuel_____Shawn_____Lester_____
                    Last Name                   First                        Middle

HOME ADDRESS _____952east 108st_____

_____Bklyn_____Ny_____11236_____
                    City            State           Zip Code

SIGNATURE ___[signature: Shawn]_____
                    DocuSigned by:
                    245104D5F06F4A2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Sanchez_____Silvia_____

              Last Name                  First                             Middle

HOME ADDRESS ___33 loudoun St____apt 1D_____

              ___Yonkers___NY_____10705_____

                 City          State          Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Santos_____Ann_____Marie_____
           Last Name                        First                              Middle

HOME ADDRESS ___6889 Amboy Road_____

           ___Staten Island_____NY_____10309_____
                   City              State         Zip Code

SIGNATURE _____

DocuSigned by:
47EAD62257AB4C6...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Simon _____ Lee _____ , K _____
             Last Name                   First                        Middle

HOME ADDRESS _____ 590 Southern Blvd #30 _____

_____ Bronx _____ NY _____ 10455 _____
       City          State        Zip Code

SIGNATURE _____ Lee Simon _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Simon        Robert        Gary
        Last Name        First        Middle

HOME ADDRESS    281 Gansevoort Blvd

       Staten Island      N Y       10314
        City       State       Zip Code

SIGNATURE    *DocuSigned by:*
        68E99EB236694EC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Small _____ Roxann _____ Marilyn _____
　　　　　　　　　 Last Name　　　　　　　　　　 First　　　　　　　　　　　 Middle

HOME ADDRESS _____ 140 Benchley Place 18F _____

　　　　　　　　 Bronx _____ NY _____ 10475 _____
　　　　　　　　　　 City　　　　　　　　 State　　　　 Zip Code

SIGNATURE _____[DocuSigned by signature: FB89B947EE314D9...]_____ _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Smith_____Beearthur_____Christen_____
             Last Name                                First                                Middle

HOME ADDRESS _____65 Tompkins ave apt 4D_____

                        Brooklyn            Ny              11206
                           City                State           Zip Code

SIGNATURE _____[DocuSigned by signature]_____    _____
                    BEBFAAD82E4B477...

sr

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Snyder          ERIC          Joseph
           Last Name          First          Middle

HOME ADDRESS     1851 east 36th street

           Brooklyn      Ny      11234
            City        State        Zip Code

SIGNATURE     DocuSigned by:
           F1E4D67E36C5493...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    SOYER          Cenk          -
                Last Name           First           Middle

HOME ADDRESS    4810 Boston Post Rd Apt #4E

            Pelham        NY        10803
               City          State         Zip Code

SIGNATURE     DocuSigned by:
               A76475A57FD2434...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ St Louis _____ Charles _____ S _____
               Last Name                First                 Middle

HOME ADDRESS _____ 5 Dillon Rd _____

_____ Larchmont _____ NY _____ 10538 _____
          City            State        Zip Code

SIGNATURE
DocuSigned by:
0AD5375A09B84C5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
         Stewart                    Shanique                    Shane
         Last Name                  First                       Middle

HOME ADDRESS _____
              3036A Gunther avenue Apt 1

              Bronx          NY            10469
              City           State         Zip Code

SIGNATURE _____
          DocuSigned by:
          D0E12CE19709460...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Swinea_____ ___Tezra_____ , ___A_____
                Last Name                              First                          Middle

HOME ADDRESS ___123 E 129th Street TH13_____

___New York_____ ___NY_____ ___10035_____
         City                    State                Zip Code

SIGNATURE ___T~_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Szatynski_____Piotr_____N/A_____
                          Last Name                          First                                  Middle

HOME ADDRESS ____84 11 Shore Pkwy Apt 4_____

                          _____Howard Beach_____NY_____11414_____
                                        City                    State                Zip Code

SIGNATURE  DocuSigned by: [signature] BD9D32A06BAF4D5... _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Thompson       Kenneth       Jines

           Last Name        First        Middle

HOME ADDRESS    87-19 104th street

           Richmond Hill    NY      11418

           City       State       Zip Code

SIGNATURE

DocuSigned by:

D622DA6EB83349A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Thornton _____ Andrena _____ Gail _____
                    Last Name                      First                       Middle

HOME ADDRESS _____ 2725 1st street APT 1A _____

_____ Long Island city ___ NY _____ 11102 _____
             City              State         Zip Code

SIGNATURE ___[DocuSigned by signature]_____
              12F0070760F846F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Torres _____ Jessica _____

               Last Name            First                       Middle

HOME ADDRESS ___ 911 E. 165th St    Apt 1-G _____

               Bronx    NY    10459 _____

               City        State        Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Tovar_____Vanell_____
             Last Name                         First                                    Middle

HOME ADDRESS ___12 GIAVIN ST_____

             ___Yonkers_____NY_____10701_____
                       City              State            Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Urquhart _____ Shenita _____ Yvette _____

Last Name                     First                     Middle

HOME ADDRESS _____ 127-08 177th street _____

_____ Jamaica _____ NY _____ 11434 _____

City          State          Zip Code

SIGNATURE

DocuSigned by:

Shenita Urquhart

9F9308EACB184B4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Valentin_____Anthony_____
              Last Name                          First                              Middle

HOME ADDRESS _____360 E 234th St , Apt 1A_____

_____Bronx_____NY_____10470_____
              City                State              Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Vazquez IV_____ _Gabriel_____ _J._____
　　　　　　Last Name　　　　　　　　　First　　　　　　　Middle

HOME ADDRESS _409 E 120th St._____

_New York_　_NY_　_10035_____
　City　　　　State　　　Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Velilla_____Mercedes_____L_____
　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　Middle

HOME ADDRESS ___534b Buchanan Ave_____

　　　　　　S.I.　　　　　　NY　　　　　10314_____
　　　　　　City　　　　　　State　　　　Zip Code

SIGNATURE ___[DocuSigned by: Velilla  99D7FAA7987C4E1...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Ventura_____Richard_____Louis_____
                        Last Name                             First                                     Middle

HOME ADDRESS ____68-42 78th st_____

                    ____Middle Village_____NY_____11379_____
                                City                    State                Zip Code

SIGNATURE ____Richard Ventura_____
                        8BA29F14B49D4D6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Vigil            Domingo           G
                Last Name             First            Middle

HOME ADDRESS    10-39 115th St

           College Point     NY       11356
              City         State        Zip Code

SIGNATURE   
DocuSigned by:
675A25AF5A08460...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Villani_____Antonio_____N/A_____
　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　　Middle

HOME ADDRESS ____46-07 104th Street_____

　　　　　　____Corona_____NY_____11368_____
　　　　　　　　City　　　　　State　　　　Zip Code

SIGNATURE
DocuSigned by:

9F1378DBBBDA47F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Vono        Joseph        John

            Last Name        First        Middle

HOME ADDRESS    123 Giffords Lane

            Staten Island      NY      10308

            City        State        Zip Code

SIGNATURE

DocuSigned by:

CFB8B9D29A82422...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Walker            Andrew            Anthony

               Last Name            First            Middle

HOME ADDRESS     2902 Ely ave 2nd floor

               bronx            ny            10469

               City            State            Zip Code

SIGNATURE     DocuSigned by:

           5522F87EF4B4497...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Walter_____Louis_____Luciano_____
                    Last Name                          First                                    Middle

HOME ADDRESS _____1823 Putnam Ave_____

_____Ridgewood_____NY_____11385_____
                          City                      State                  Zip Code

SIGNATURE

DocuSigned by:

55FAE633C58A400...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Ward         Mickey         S

                  Last Name             First             Middle

HOME ADDRESS     1975 union street

                  Brooklyn        Ny        11233

                  City         State        Zip Code

SIGNATURE     DocuSigned by:
                343A4B0CC5E245B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Weatherly         Dalvan         R
             Last Name             First             Middle

HOME ADDRESS     749 E 231 St.

              Bronx          NY          10466
               City          State          Zip Code

SIGNATURE     DocuSigned by:
             24D6E98525264C7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Webb_____Gina_____Marie_____
          Last Name                        First                           Middle

HOME ADDRESS ____88 monument walk_____

          _____Brooklyn_____Ny_____11205_____
               City              State          Zip Code

SIGNATURE _____[DocuSigned by signature]_____    _____
                  AA54017275AB42F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Williams_____Michelle_____Annmarie_____
                Last Name                       First                        Middle

HOME ADDRESS ____757 Empire Blvd Apt 1D_____

_____Brooklyn_____NY_____11213_____
          City                State            Zip Code

SIGNATURE
DocuSigned by:
EC71C886C47F4BB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – AFSCME LOCAL 983 OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Williams_____Naji_____Yasir_____
                    Last Name                    First                              Middle

HOME ADDRESS ___2035 marmion ave apt 7J_____

___Bronx_____Ny_____10460_____
            City                    State                    Zip Code

SIGNATURE  DocuSigned by:
            [signature]
            097C66E6B3E74A8...  _____