SPIVAK LIPTON LLP
Suitable Age Service

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE

*2480503*

Index no : **22-CV-01926-GHW**
Date of Purchase: **03/10/2022**

| | |
|---|---|
| Plaintiff: | **SALLY CASIS ETAL** |
| Defendant: | **CITY OF NEW YORK** |

STATE OF NEW YORK COUNTY OF NEW YORK ss.:

**ANDRE MEISEL**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **03/17/2022** at **9:01 AM**, I served the within **SUMMONS AND AMENDED COMPLAINT** on **CITY OF NEW YORK** at **100 CHURCH STREET, New York, NY 10007** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Inez Contreras, authorized to accept** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **BROWN** | **BROWN** | **30** | **5"6"** | **185** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
03/18/2022

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2022

X

ANDRE MEISEL
License#: 1372356
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Cindy