```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

SALLY CASIS, et al.,

                              **Plaintiffs,**

      -against-

CITY OF NEW YORK,

                              **Defendant.**

```
-----------------------------------------------------------------X
```

22-CV-01926 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      On December 1, 2022, the parties appeared before me for a settlement conference, and on December 30, 2022, reached an agreement on their settlement of this Fair Labor Standards Act case. Upon review of the parties' written agreement, I conclude that the settlement is fair and reasonable. Based on this agreement, and on the stipulation of the parties under 28 U.S.C. § 636(c), this action is DISMISSED with prejudice with leave to reopen by February 20, 2023. Any pending motions are terminated as moot.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 20, 2023
                New York, New York